IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANN ZHAI,

    Plaintiff,

  v.

STEIN TREE SERVICES, et al.,

    Defendants.

No. C 14-05641 WHA

**ORDER TO SHOW CAUSE RE IFP STATUS**

Our court of appeals has issued a referral notice regarding whether *in forma pauperis* status should continue for plaintiff's pending appeal in this action. By **APRIL 8 AT NOON**, plaintiff shall file a signed, sworn declaration that updates the Court on her financial situation, including whether she is employed and an identification of the value of all sources of income and all assets.

**IT IS SO ORDERED.**

Dated: March 31, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE